No. 78–574. GIBSON DISTRIBUTING CO., INC., ET AL. *v.* DOWNTOWN DEVELOPMENT ASSOCIATION OF EL PASO, INC. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction. Notice of appeal was not filed within the time provided by 28 U. S. C. § 2101 (c).

No. 78–5408. MORPURGO *v.* PROFESSIONAL STAFF CONGRESS/ CUNY ET AL. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–333. WHITE *v.* UNITED STATES. C. A. 7th Cir. Application for reduction of bond, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–404 (78–708). GREENE ET UX. *v.* UNITED STATES. Application for recall and stay of mandate of the United States Court of Appeals for the Eighth Circuit, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–472 (78–621). VILLAGE OF CARPENTERSVILLE *v.* LIMPERIS, TRUSTEE IN BANKRUPTCY. Application for stay of judgment of the United States Court of Appeals for the Seventh Circuit, entered July 14, 1978, addressed to MR. JUSTICE WHITE, and referred to the Court, denied.

No. 78–329. BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. *v.* BAIRD ET AL.; and

No. 78–330. HUNERWADEL *v.* BAIRD ET AL. D. C. Mass. [Probable jurisdiction noted, *ante,* p. 925.] Motion of appellees Planned Parenthood League of Massachusetts et al. for additional time for oral argument denied. Alternative motion for divided argument granted. Motion of appellees Baird et al. to strike appearance of counsel for Planned Parenthood League of Massachusetts et al. denied.